



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 6, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/22

**BY ECF**

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Apostolos Trovias,* 21 Cr. 378 (JFK)

Dear Judge Keenan:

The Government respectfully writes to advise the Court that the parties have reached an agreement to resolve this case, and to request, on behalf of the parties, that the Court hold a plea colloquy during the conference currently scheduled for April 14, 2022, at 11:15 a.m.

Additionally, the defendant requests, and the Government does not object, that the Court, on the basis of a finding, pursuant to Federal Rule of Criminal Procedure 32(c)(1)(A)(ii), that the information in the record—including the plea agreement and a detailed sentencing submission to be provided—enables it to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553, proceed to sentencing immediately after the entry by the defendant of a guilty plea, or as soon thereafter as is practicable. Should the Court make such a finding, the parties will each waive the requirement of a Presentence Investigation Report.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

The parties' request that a plea
hearing be held on April 14,
2022, at 11:15 A.M. is GRANTED.
As the parties are aware, the
hearing will take place before
Judge Loretta A. Preska in
Courtroom 12-A.  All sentencing
submissions must be filed by no
later than 5:00 P.M. on April 12,
2022.

By:  s/ _____
     Matthew Podolsky
     Andrew Thomas
     Assistant United States Attorneys
     (212) 637-1947/2106

**SO ORDERED.**

Dated: New York, New York
       April 8, 2022

*John F. Keenan*
John F. Keenan
United States District Judge